FORM CACB van156–od13vdrr
Rev. 06/2017

## United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL
# OF CHAPTER 13 WITH RESTRICTIONS [11 U.S.C. §§ 109(g)(2) and 1307(b)]

**DEBTOR INFORMATION:**
Estella Haro

**BANKRUPTCY NO.**  2:18–bk–11605–SK

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):  xxx–xx–4637
Employer Tax–Identification (EIN) No(s).(if any):  N/A
**Debtor Dismissal Date:** 7/27/18

**Address:**
8541 Suva St.
Downey, CA 90240

Based on debtor's request and because this is a dismissal on request of the debtor after a motion for relief from the automatic stay has been filed, IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed;

(2)  the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law; and

(3)  debtor is prohibited from filing any new bankruptcy petition within 180 days from the entry of this order.

Dated: July 27, 2018

BY THE COURT,

**Sandra R. Klein**
United States Bankruptcy Judge

Form van156–od13vdrr Rev. 06/2017

**47 – 44 / TDM**